[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 373.]

IN RE GRAYBILL/ROWE CHILDREN.

**[Cite as *In re Graybill/Rowe Children*, 1997-Ohio-267.]**

*Juvenile court—Passing of statutory time period pursuant to R.C. 2151.353(F) does not divest juvenile court of jurisdiction to enter dispositional order.*

(Nos. 96-474 96-475—Submitted January 8, 1997—Decided January 29, 1997.)

APPEAL from and CERTIFIED by the Court of Appeals for Stark County, No. 95-CA-109.

_____

*Paula M. Sawyers,* for appellant Stark County Department of Human Services.

*Todd A. Bergert*, for Shirley Row, Mother.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings onthe authority of *In re Young Children* (1996), 76 Ohio St.3d 632, 669 N.E.2d 1140.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and COOK, JJ., concur in part and dissent in part.

_____

**COOK, J., concurring in part and dissenting in part.**

{¶ 2} For the same reasons that I expressed in *In re Young Children* (1996), 76 Ohio St.3d 632, 640, 669 N.E.2d 1140, 1146, I concur in part and dissent in part. I would reverse the judgment of the appellate court and reinstate the permanent custody order.

DOUGLAS, J., concurs in the foregoing opinion.

_____